IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KONNI M. OWENS,

        Plaintiff,

v.

U.S. DEPARTMENT OF TREASURY,
INTERNAL REVENUE SERVICE,
NATIONAL TREASURY EMPLOYEES
UNION, DAVID SNIDER, TRAVIS PEONE,
KIM INHOFF, KATHY WINNETT,
SANDRA GROVER, RACHEL PARKER
JOLE, CARMEN TEMPLE, ELIZABETH
MILFORD, MOLLY BAINTER, THOMAS
SCHLATTER, and TERI M. JOHNSON,

        Defendants.

No. 3:17-cv-00639-SB

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Stacie Beckerman issued a Findings and Recommendation ("F&R") [62] on March 19, 2018, in which she recommends that the Court grant Defendant National

1 – ORDER

Treasury Employees Union's ("NTEU") motion to dismiss [31] and Defendant Department of Treasury, the Internal Revenue Service's ("IRS") motion to dismiss [53].

Because neither party timely filed an objection to the Magistrate Judge's F&R, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings & Recommendation [62]. Accordingly, the motions to dismiss [31, 53] Plaintiff's Complaint [2] are GRANTED. Accordingly, Plaintiff's claims against NTEU Defendants are dismissed with prejudice. Plaintiff's wrongful termination claim under Title VII and the Rehabilitation Act and her tortious interference claim against IRS Defendants are dismissed without prejudice. Plaintiff's FMLA wrongful termination claim against IRS Defendants is dismissed with prejudice. Further, the Court grants Plaintiff leave to file an amended complaint within fourteen (14) days from the date of this Order.

IT IS SO ORDERED.

DATED this __15__ day of __May__, 2018.

*Marco Hernández*
MARCO A. HERNÁNDEZ
United States District Judge